UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNARD WATKINS,<br><br>    Petitioner,<br><br>        v.<br><br>COLLEEN NOLL, WARDEN,<br><br>    Respondent. | Case No. CV 09-5387-JVS (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court finds that Petitioner is not entitled to a stay of proceedings, for reasons stated in the Magistrate Judge's Order dated January 4, 2010. The Court further accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated: February 24, 2010

James V. Selna
United States District Judge