JS-6 /ENTER



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KENNARD WATKINS,<br><br>    Petitioner,<br><br>    v.<br><br>COLLEEN NOLL, WARDEN,<br><br>    Respondent. | Case No.  CV 09-5387-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 2.19.10

_____
James V. Selna
United States District Judge